

**Parker | Waichman LLP**
A NATIONAL LAW FIRM

NEW YORK | LONG ISLAND | NEW JERSEY | WASHINGTON, D.C. | FLORIDA

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

March 30, 2012

U.S. District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY
Attn: Magistrate Cheryl Pollack

Re:  Frank v. Pestronk
     Docket #: CV 11 0250
     Our File No. 013870

Dear Magistrate Pollack:

Pursuant to the last discovery conference held on March 2, 2012, expert reports were due by April 13, 2012. At this time, we are requesting a 45 day extension of said deadline, to wit: May 28, 2012. It is also requested that the settlement conference scheduled for May 1, 2012 be adjourned to June 22, 2012. Our request for said extension and adjournment of the conference is on consent by all parties.

Thank you for your courtesy in this matter.

Respectfully submitted,

Brett A. Zekowski

BAZ:ks

cc:  Law Offices of James Toomey
     Attn: Scott Karpel