UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SCOTT FRANK and JENNIFER FRANK,

                Plaintiffs,

-against-

SEYMOUR PESTRONK,

                Defendant.
-----------------------------------------------------------X

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

Civil Action No.:
CV 11 0250

(Mag. Pollack)

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action having been settled be, and the same hereby is discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: Port Washington, New York
       June 18, 2012

_____
By: Brett A. Zekowski (BZ2943)
Parker Waichman LLP
*Attorneys for Plaintiff(s)*
**Scott Frank and Jennifer Frank**
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500

_____
By: SCOTT M. KARPEL (SMK 0610)
Law Offices of James J. Toomey
*Attorneys for Defendant(s)*
**Seymour Pestronk**
485 Lexington Avenue, 7th Floor
New York, NY 10017
(212) 962-5620

**SO ORDERED:**

_____
**CHERYL POLLACK**
**United States Magistrate**